## Simons v. Louisville Trust Company, Extr.

(Decided November 23, 1920.)

Appeal from Jefferson Circuit Court
(Common Pleas, Third Division).

Appeal and Error—See Case of Same Style, Page 644.—This action being between the same parties, upon a similar cause of action and the same defense, as in L. Simons v. J. J. Douglas, Extr.,

etc., decided on November 23, 1920, is affirmed for the reasons given in that opinion.

GIFFORD & STEINFIELD for appellant.

PETER, TABB & LEVI for appellee.

OPINION OF THE COURT BY JUDGE HURT—Affirming.

This cause is an action between the same parties, as is the action of L. Simons v. J. J. Douglas, Extr., and which was decided at the same time. The only difference between this action and that is, that in this, the appellee, Louisville Trust Company, as executor of the will of J. J. Douglas, deceased, sued the appellant, L. Simons, to recover the amount of a negotiable promissory note, which the decedent had jointly, with the appellant, executed and delivered, but, as his surety, only and which upon its becoming due, he was compelled to pay, while in the other action the suit was upon notes which appellant had executed to the decedent.

The defense offered to the recovery, in this action was the same, as in the other, and for the reasons assigned in the opinion in the other, the judgment appealed from herein is, also, affirmed.